PRESTIGE LEGAL SOLUTIONS, P.C.
6420 WILSHIRE BLVD., SUITE 1400, LOS ANGELES, CA 90048

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BUENROSTRO VILLA, an individual,<br><br>       Plaintiff,<br><br>  vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 2:25-cv-03128-DJC-CKD<br><br>*Assigned for all purposes to*<br>District Judge:<br>Hon. Daniel J. Calabretta<br>Courtroom: 7<br>District Magistrate:<br>Hon. Carolyn K. Delaney<br>Courtroom: 24<br><br>**ORDER TO SUBMIT PLAINTIFF'S MOTION TO REMAND FOR RULING WIHTOUT ORAL ARGUMENT**<br><br>Complaint Filed: November 22, 2024<br>Date Removed: October 28, 2025<br>Trial Date: None set |

**PROOF OF SERVICE**

## <u>ORDER</u>

The Court, having considered the Parties' Joint Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand, and the Papers filed in support, Opposition, and Reply therefore, are submitted for ruling without oral argument. The Court VACATES the Motion to Remand currently hearing set for February 5, 2026.

IT IS SO ORDERED.

Dated:  February 4, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

PRESTIGE LEGAL SOLUTIONS, P.C.
6420 WILSHIRE BLVD., SUITE 1400, LOS ANGELES, CA 90048

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Prestige Legal Solutions, P.C., 6420 Wilshire Blvd., Suite 1400, Los Angeles, California 90048.

On February 4, 2026, I served the document(s) described as: **[PROPOSED] ORDER FOR RULING ON PLAINTIFF'S MOTION TO REMAND WITHOUT ORAL ARGUMENT** on the interested parties in this action by sending a true copy thereof to the interested parties as follows:

eservice@shb.com
anassihi@shb.com
sgarbuzov@shb.com

[ ]    **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[X]    **BY ELECTRONIC SERVICE/EMAIL**: I electronically filed the document(s) with this Court using the Court's CM/ECF System, and/or I caused the document(s) to be transmitted by electronic mail to the e-mail addresses for each party indicated on the attached service list pursuant to Fed. R. Civ. P. 5(b).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this February 4, 2026**,** at Los Angeles, California.

_____          _____
Name                                            Signature